**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8   In Re                                        No. C-12-3381 EMC (pr)

9   KEITH DESMOND TAYLOR,
                                                 **ORDER OF DISMISSAL**
10              Plaintiff.
    _____/

11

12

13          This action was opened on June 29, 2012, when the Court received from Keith Desmond

14  Taylor a letter complaining about the administration of justice. On that date, the Court notified

15  Taylor in writing that his action was deficient in that he had not attached a complaint or petition and

16  had not filed an *in forma pauperis* application. The Court further notified Taylor that this action

17  would be dismissed if he did not submit a complaint or petition within thirty days. Taylor has failed

18  to provide the Court with either a complaint or petition and the deadline to do so has passed. He

19  sent another letter further discussing his views about the administration of justice, but that was not a

20  complaint or a petition as required. Accordingly, this action is **DISMISSED** without prejudice for

21  failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close

22  the file.

23          IT IS SO ORDERED.

24

25  Dated: November 2, 2012

26                                               _____
                                                 EDWARD M. CHEN
27                                               United States District Judge

28