UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                          No. C-12-3381 EMC (pr)

KEITH DESMOND TAYLOR,
                                                  **ORDER OF DISMISSAL**
    Plaintiff.

        This action was opened on June 29, 2012, when the Court received from Keith Desmond Taylor a letter complaining about the administration of justice. On that date, the Court notified Taylor in writing that his action was deficient in that he had not attached a complaint or petition and had not filed an *in forma pauperis* application. The Court further notified Taylor that this action would be dismissed if he did not submit a complaint or petition within thirty days. Taylor has failed to provide the Court with either a complaint or petition and the deadline to do so has passed. He sent another letter further discussing his views about the administration of justice, but that was not a complaint or a petition as required. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

        IT IS SO ORDERED.

Dated: November 2, 2012

_____
EDWARD M. CHEN
United States District Judge